**Order entered May 20, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00489-CV

### JOHN O'BRIEN, Appellant

### V.

### CARA BAKER, AS THE EXECUTRIX OF THE ESTATE OF KENNETH BAKER, Appellee

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. PR14-10A**

## ORDER

By order dated April 23, 2015, we consolidated into this appeal appellant's petition for writ of mandamus, which challenged the same trial court order at issue in this appeal. We also granted appellant's motion to file certain documents under seal. Those documents, exhibits to a motion for summary judgment, were included in redacted form in the mandamus record and are subject, along with the rest of the summary judgment motion, to a temporary sealing order in the trial court.

On May 15, 2015, a supplemental clerk's record containing the summary judgment motion was filed, unsealed. Appellant now moves to seal the supplemental clerk's record, pending a permanent sealing order from the trial court, and requests we vacate as moot that

portion of our April 23rd order concerning the filing of sealed documents. We **GRANT** appellant's motion and **ORDER SEALED** the May 15th supplemental clerk's record. We further **VACATE** as moot that portion of the April 23rd order allowing the filing of certain documents under seal.

/s/    CRAIG STODDART
        JUSTICE